U.S. DISTRICT COURT OF Middle Florida
OFFICE OF THE Clerk: Hon Chief Judge
401 w. Central BLVD #1200 Orlando, Florida 32801
March 6, 2023

Admund N. Batoon
A petitioner

under 42 USC 1983
a civil rights action
own solely

V.

DEPT OF JUSTICE
Respondent

a complaint by Federal or
the Law of the State For injury

FILED 2023 FEB 27 PM 3:11 US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

Tax payer Damage or no discrimination by Jury
a writ of attachment, garnishment an ownership amount
of damage is ~~Ten millions dollars~~ Reduce to Five millions dollars. I am injured to For earlier, not now
Redress required, For plus Ten Thousand dollars every month living
cost, without Tax and citizenship papers. I want visit to Seoul Korea
a claim by Admund N. Batoon a pro se required

THE Final decision
if, more
Than End of
november, 2022
I will plus charge
Fifty millions
dollars charged.
- Consolidated -
For my age's
Please pay in
Full within Two
year For End of
2024, and a
"merger"
a limitation
an estate
by cash
only one Time
10% now
pay Tax

Reason by no deportation for any crime
no ~~disp~~ discrimination

an amended, a relief
a Forthwith, an Extend

Date: March 6, 2023

name: Admundo N. Batoon
22313-050
Address: 4927 Valenzuela EXT
Sta Mesa, Manila
Philippines


A notice of Appeal

U.S. District Court For the
~~Central~~ Middle District of ~~California~~, Florida
March 6, 2023

Admund N. Batoon
A petitioner

v.

Dept of Justice
Respondent

A notice of appeal

Docket no.
2:21-cv-07564-GW-KS

a writ of certiorari
a use
an equitable ownership
an appropriated
an Immediately
a within Ten days
The last day For Filing
~~Double Cost~~
Continue. Primary,
Facts. Parties, Condon

a covenant
a decision
a determination
a conclude
a no more
a case
an order
warranty
a deed
continuing

notice:   a party: Admund N. Batoon

Date:

name: Admundo N. Batoon
22313-050
Address: 4927 Valenzuela ext
Sta Mesa, Manila
Philippines

Date: March 6, 2023

at least Three-Fourth of. an End. Plus Twenty millions dollars
again plus Twenty millions dollars
a Rehearing, a Relief. a granted. un amended. an admitted. a conclude
a petition For a writ of certiorari to a Review. a case. a Judgment. a Reviewed
a good cause, a good Faith, June 16, 22. again notice: a Reversal. one, only on.
a jurisdiction to supreme court. a decision. one consider. one Final if
more than End of July, 2022 than. Plus charged double cost all of...
For Time to Time shall be vested, ordain, establish. courts. congress. know it.
I will conduct myself, I will support the Constitution of the United Stat
I believe that I am entitled To Redress,    Since: 1993-2022. D.O.B. 1940